**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMY COOK, derivatively on behalf of CAREER EDUCATION CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| GARY E. MCCULLOUGH, STEVEN H. LESNIK, LESLIE T. THORNTON, DENNIS H. CHOOKASZIAN, DAVID W. DEVONSHIRE, PATRICK W. GROSS, GREGORY L. JACKSON, MICHAEL J. GRAHAM, THOMAS B. LALLY, BRIAN R. WILLIAMS, THOMAS G. BUDLONG, and THOMAS A. MCNAMARA, | ) ) ) ) ) ) ) ) ) | Civil Action No. 11 C 9119 The Honorable John W. Darrah |
| Defendants, | ) ) | |
| - and - | ) ) | |
| CAREER EDUCATION CORPORATION, a Delaware corporation, | ) ) ) | |
| Nominal Defendant. | ) | |

**Plaintiff's Agreed Motion for Preliminary Approval of Settlement**

Under Rule 23(c) of the Federal Rules of Civil Procedure, Plaintiff Amy Cook respectfully moves this Court for entry of the [Proposed] Preliminary Approval and Scheduling Order (submitted as Exhibit B to the Stipulation of Settlement dated October 25, 2013 (the "Stipulation")):

- granting preliminary approval of the proposed settlement memorialized in the Stipulation;

- approving the form and manner of the proposed notice (submitted as Exhibit C to the Stipulation);

- setting a schedule for, among other things, a hearing for final approval of the proposed settlement; and

- granting such other and further relief as the Court deems just and proper.

Defendants consent to the relief sought in this motion.

In support of this agreed motion, Plaintiff Cook submits the accompanying memorandum of law and the Stipulation with Exhibits A through E.

Dated: October 25, 2013

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
Albert Y. Chang
Yury A. Kolesnikov

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

THE LAW OFFICES OF
   EDWARD T. JOYCE & ASSOCIATES, PC
Edward T. Joyce
Rowena T. Parma
135 South La Salle Street, Suite 2200
Chicago, Illinois 60603
Telephone: (312) 641-2600
Facsimile: (312) 641-0360

*Counsel for Plaintiff Amy Cook*