IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY COOK, derivatively on behalf of CAREER EDUCATION CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> GARY E. MCCULLOUGH, STEVEN H. LESNIK, LESLIE T. THORNTON, DENNIS H. CHOOKASZIAN, DAVID W. DEVONSHIRE, PATRICK W. GROSS, GREGORY L. JACKSON, MICHAEL J. GRAHAM, THOMAS B. LALLY, BRIAN R. WILLIAMS, THOMAS G. BUDLONG, and THOMAS A. MCNAMARA, <br><br> Defendants, <br><br> - and - <br><br> CAREER EDUCATION CORPORATION, a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 11 C 9119 <br><br> The Honorable John W. Darrah |

## Order

Having considered Plaintiff Amy Cook's Agreed Motion for Leave to File a Memorandum of Law in Excess of Fifteen Pages *Instanter*, and for good cause, the Court grants the motion. Plaintiff Cook may file an 18-page memorandum of law in support of her agreed motion for final approval of the proposed settlement.

Dated: January 28, 2014

_____
Honorable John W. Darrah
United States District Judge