IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMY COOK, derivatively on behalf of CAREER EDUCATION CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> GARY E. MCCULLOUGH, STEVEN H. LESNIK, LESLIE T. THORNTON, DENNIS H. CHOOKASZIAN, DAVID W. DEVONSHIRE, PATRICK W. GROSS, GREGORY L. JACKSON, MICHAEL J. GRAHAM, THOMAS B. LALLY, BRIAN R. WILLIAMS, THOMAS G. BUDLONG, and THOMAS A. MCNAMARA, <br><br> Defendants, <br><br> - and - <br><br> CAREER EDUCATION CORPORATION, a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 11 C 9119 <br><br> The Honorable John W. Darrah |

**Order Awarding Attorneys' Fees,
Reimbursing Litigation Expenses, and Approving Service Awards**

Having considered Plaintiff Amy Cook's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Approval of Service Awards, and for good cause, the Court finds that the requested Fees and Expense Amount is fair and reasonable.[1] The Court grants this unopposed motion and approves:

---

[1] All capitalized terms contained in this order shall have the same meaning and effect as stated in the Stipulation of Settlement dated October 25, 2013 (the "Stipulation"). *See* Dkt. No. 75-2 at 15-20 (¶¶ 1.1-1.29).

(1)     the request for an award of $5,000,000.00 – the Fees and Expense Amount – to be paid to counsel for Plaintiffs and the Demand Shareholders;

(2)     the request for reimbursement of out-of-pocket litigation expenses in the amount of $64,984.28 to be paid from the Fees and Expense Amount to counsel for Plaintiffs and the Demand Shareholders; and

(3)     the request for service awards in a total amount of $15,000.00 to be paid from the Fees and Expense Amount and be split equally between Plaintiff Amy Cook, Plaintiff Kharran Bangari, and Plaintiff Gregory Alex, as provided in Paragraph 5.5 of the Stipulation (*see* Dkt. No. 75-2 at 28 (¶ 5.5)).

IT IS SO ORDERED.

Dated: January 28, 2014

_____
Honorable John W. Darrah
United States District Judge